IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:03cr56-RH/AK

KATHY MILLS LEE,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 233), to which no objections have been filed. The report and recommendation is correct and is adopted as the opinion of the court, except that I have not reviewed or given any weight to the materials in the government websites cited in the report and recommendation. It bears noting, too, that a full and fair jury selection proceeding was conducted without any basis for believing that any of the seated jurors was biased in any way. The defendant's contrary suggestions are simply incorrect. For these reasons,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED. The clerk must enter

judgment stating, "Defendant's motion for relief under 28 U.S.C. §2255 (document 202) is DENIED WITH PREJUDICE."  The clerk must close the file.

SO ORDERED on September 24, 2008.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge